**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMP DIVISION**

**Natasha Lewis,**

   *Plaintiff,*

**v.**     Case No: 8:22-cv-645-CEH-TGW

**Experian Information Solutions, Inc.,**

   *Defendant.*

_____/

**NOTICE OF SETTLEMENT WITH DEFENDANT**

    In accordance with Local Rule 3.09, Plaintiff hereby provides notice that Plaintiff and Experian Information Solutions, Inc., have reached a settlement in this case. Upon completion of the terms of settlement, Plaintiff will file the appropriate documents to dismiss Experian Information Solutions, Inc. from this case with prejudice.

Dated May 7, 2022

                                            **SERAPH LEGAL, P. A.**

                                            */s/ Bridget L. Scarangella*
                                            Bridget L. Scarangella, Esq.
                                            Florida Bar No.: 1022866
                                            BScarangella@SeraphLegal.com
                                            Seraph Legal, P. A.
                                            1614 North 19th Street
                                            Tampa, FL 33605
                                            (813) 321-2345
                                            Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 7, 2022 a true and correct copy of foregoing was filed electronically via the CM/ECF System and served via e-notice on counsel of record for all parties.

/s/ *Bridget L. Scarangella*
Bridget L. Scarangella, Esq.
Florida Bar No.: 1022866